# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH M. JOHNSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:12CV510 JAR |
| ALAN BLAKE, et al., | ) ) | |
| Defendants. | ) ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's handwritten motion to amend his original complaint by interlineation, filed on April 16, 2012.  The Court does not accept amendments by interlineation. In order to comply with the Court's April 2, 2012 Memorandum and Order, plaintiff must file his amended complaint on a court-provided form, filling in all pertinent sections of the form, and taking care to make sure that his handwriting is fully legible.  Plaintiff should also ensure that his amended complaint is signed and dated.

In order for plaintiff to comply with the aforementioned, the Court will provide plaintiff with a copy of the Court's Prisoner Civil Rights Complaint form and give him thirty (30) additional days to file his amended complaint.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall file an amended complaint, on a court-form, within thirty (30) days of the date of this Memorandum and Order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail to plaintiff a copy of the Court's form Prisoner Civil Rights Complaint.

Dated this 26th day of April, 2012.

/s/ John A. Ross
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE