UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSEPH M. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:12-CV-510-JAR |
| ) | |
| ALAN BLAKE, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Motion for Extension of Time and Appointment of Counsel. [ECF No. 39] A review of the docket indicates Plaintiff first requested appointment of counsel on March 27, 2012. (Doc. No. 4) Plaintiff's request was considered in light of relevant factors, see Johnson v. Williams, 788 F.2d 1319, 1322-23 (8th Cir. 1986) and Nelson v. Redfield Lithography Printing, 728 F.2d 1003, 1004 (8th Cir. 1984), and denied without prejudice on July 27, 2012. (Doc. No. 9) Plaintiff filed a second motion for appointment of counsel on September 19, 2012 (Doc. No. 14), which was denied without prejudice on September 26, 2012. (Doc. No. 15) On January 22, 2013, the Court denied Plaintiff's third and fourth motions for appointment of counsel without prejudice, finding nothing in the record to warrant appointment of counsel. (Doc. No. 32)

In his current motion, Plaintiff requests the Court extend the discovery deadline for an additional four months on the grounds that he is an inexperienced litigant who has been denied counsel. He also requests the Court reconsider its previous order denying his motion for appointment of counsel.

Upon consideration, the Court will grant Plaintiff's request for extension of time to

conduct discovery. The Court finds nothing in the record, however, to cause it to reconsider its previous order denying Plaintiff's motion for appointment of counsel. Again, this case is neither factually nor legally complex. Moreover, Plaintiff has demonstrated that he is able to articulate and present his claims.

   Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time and Appointment of Counsel [39] is **GRANTED** in part and **DENIED** in part.

**IT IS FURTHER ORDERED** that the discovery deadline as set forth in the November 16, 2012 Case Management Order (Doc. No. 26) is extended from May 1, 2013 to **September 1, 2013.**

**IT IS FURTHER ORDERED** that the deadline for filing motions for summary judgment will likewise be extended from June 3, 2013 to **October 1, 2013.** Opposition briefs shall be filed no later than **November 1, 2013** and any reply brief may be filed no later than **November 15, 2013.**

**IT IS FURTHER ORDERED** that Plaintiff's motion for reconsideration of the Court's order denying appointment of counsel and for appointment of counsel is **DENIED**.

Dated this 15th day of April, 2013.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE