UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSEPH M. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:12-CV-510-JAR |
| ) | |
| ALAN BLAKE, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff's Fourth Motion for Discovery. [ECF No. 52] Plaintiff seeks several documents from Defendants including, *inter alia*, the thirty-two investigative reports cited in the Department of Mental Health Investigative Unit report, the SORTS policies and procedures and Department operating regulations pertaining to ward checks and room assignments, the SORTS daily attendance/break records from H-4 from 12/12/09 to 12/225/09, and a copy of D.O.R. 2.205. In response, Defendants state they received Plaintiff's First Request for Discovery on January 11, 2013. Defendants responded to Plaintiff's request on February 11, 2013 and supplemented their response with additional documents on March 8, 2013. Pursuant to Plaintiff's Motion for In Camera Review and this Court's Order (Doc. Nos. 33, 47), Defendants provided the Department of Mental Health Investigative Unit Report, with the names of investigators, unit program supervisors, activity aides, clinical caseworkers, and security aides, redacting only the names of those persons civilly committed to the Department of Mental Health, on May 28, 2013. Defendants state they have not received any other discovery

requests from Plaintiff. Thus, Plaintiff did not provide Defendants the opportunity to respond to his requests prior to filing the instant motion. To the extent Plaintiff's Motion may be construed as a new request for documents, Defendants request thirty (30) days from the date of filing their response to address Plaintiff's requests. Upon consideration, the Court will grant Defendants' request.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants are granted up to and including **Monday, August 12, 2013** to answer or otherwise respond to Plaintiff's discovery requests.

**IT IS FURTHER ORDERED** that Plaintiff's Fourth Motion for Discovery [52] is **DENIED** as moot.

Dated this 29th day of July, 2013.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE