UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSEPH M. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:12-CV-510-JAR |
| | ) |
| ALAN BLAKE, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Ex Parte Motion for Judicial Review. [ECF No. 53] Plaintiff requests the Court review a video recording from SORTS for a twenty-four hour period "to prove several things," including the predictability of ward checks and the negligence of the staff in the performance of their duties. Upon consideration, Plaintiff's motion will be denied. Judicial review of such a video would not be appropriate at this stage of the case. Furthermore, such a video would not be relevant or probative of past conduct.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Ex Parte Motion for Judicial Review [53] is **DENIED.**

Dated this 29th day of July, 2013.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE