# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH M. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:12-CV-510-JAR |
| ) | |
| ALAN BLAKE, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Court Intervention. [ECF No. 56] Plaintiff, a civil detainee at Fulton State Hospital, asks the Court to issue an order to his custodians allowing him access to the ward computers to prepare and file his legal papers, and prohibiting any "disciplinary sanctions" resulting therefrom. Alternatively, Plaintiff asks the Court to reconsider his motion for appointment of counsel. Upon consideration, the Court will grant Plaintiff's motion in part. The fundamental constitutional right of access to the courts requires prison authorities to provide assistance to inmates in the preparation and filing of meaningful legal papers. Bounds v. Smith, 430 U.S. 817, 828 (1977). Thus, the Court will direct the authorities at Fulton State Hospital to grant Plaintiff access to computers on the ward to assist him in the preparation of his legal action subject to their rules and regulations. The Court finds nothing in the record, however, to cause it to reconsider its previous orders denying Plaintiff's motions for appointment of counsel. (Doc. Nos. 9, 15, 32, 45)

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Court Intervention [56] is **GRANTED** in part. The Court directs the authorities at Fulton State Hospital to allow Plaintiff access to computers on the ward to assist him in the preparation of his legal action subject to their rules and regulations.

**IT IS FURTHER ORDERED** that Plaintiff's alternative motion for appointment of counsel is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mail a copy of this Order to the Fulton State Hospital, 600 E. 5th Street, Fulton, Missouri 65251.

Dated this __2__ Day of August, 2013.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE