UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSEPH M. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:12-CV-510-JAR |
| ) | |
| ALAN BLAKE, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff's Motion for Extension of Time. [ECF No. 58] In light of Plaintiff's representation that he has limited access to resources to aid in the preparation of his legal papers, the Court will grant Plaintiff's motion and extend the discovery and dispositive motion deadlines by sixty (60) days.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time [58] is **GRANTED**. The discovery deadline of September 1, 2013 (Doc. No. 45) is extended to **November 1, 2013**. The deadline for filing motions for summary judgment will likewise be extended from October 1, 2013 to **December 2, 2013**. Opposition briefs shall be filed no later than **January 2, 2014** and any reply brief may be filed no later than **January 13, 2014**.

Dated this 15th day of August, 2013.

                                                                              _____
                                                                              JOHN A. ROSS
                                                                              UNITED STATES DISTRICT JUDGE